UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re:  Clint Allen Draper

Case No.  18-13346

Chapter 13

Debtor(s)

### SPECIAL NOTICE TO SECURED CREDITOR

To:   Thomas, Paul                    , Attn:  Thomas, Paul
      *Name of creditor*                      610 Galveston Place SE
      2753 Patrick Henry Drive                Washington, DC 20032
      *Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   [✓]   To value your collateral. ***See Section 4 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ***NOTE: Value of collateral exceeds value of lien. Plan proposes to pay the balance of the claim at an adjusted interest rate.***

   [ ]   To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 8 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2. ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

   Date objection due:                         December 6, 2018
   Date and time of confirmation hearing:      December 13, 2018, at 9:30 a.m.
   Place of confirmation hearing:              200 S. Washington Street, 3rd Floor, Alexandria, VA 22314

                                               Clint Allen Draper
                                               *Name(s) of debtor(s)*

                                               By: /s/ Robert B. Easterling
                                               *Signature*
                                                         [✓] Debtor(s)' Attorney
                                                         [ ] Pro se debtor

  Robert B. Easterling, VSB #15552
*Name of attorney for debtor(s)*
 2217 Princess Anne Street, #100-2
*Address of attorney [or pro se debtor]*
 Fredericksburg, VA 22401

*Tel. #*   (540)373-5030

*Fax #*   (540)373-5234

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

( ✓ )  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

(   )  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    18th    day of              October            , 20 18  .

  /s/ Robert B. Easterling
*Signature of attorney for debtor(s)*

ver. 12/17