# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Clint Allen Draper** | ) | **Case No. 18-13346-KHK** |
| | ) | **Chapter 13** |
| **Debtor** | ) | |

## WITHDRAWAL OF OBJECTION TO CLAIM

Debtor, by Counsel, asks the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, to please withdraw his Objection to Claim No. 3 filed on January 28, 2019 by the Prince William County Office of Housing and Community Development (PWC).  PWC has now filed an amended Proof of Claim which resolves the Debtor's Objection.

          Clint Allen Draper


          By: /s/Robert B. Easterling
          Robert B. Easterling, VSB#15552
          *Counsel for Debtor*


Robert B. Easterling, VSB #15552
2217 Princess Anne Street, Suite 100-2
Fredericksburg, VA 22401-3359
(540) 373-5030
(540) 373-5234 facsimile
eastlaw@easterlinglaw.com
*Counsel for Debtor*

## Certificate of Service

      I hereby certify that on this 12th day of February, 2019, a true and exact copy of the foregoing Withdrawal of Objection to Claim was forwarded via electronic means or by first class mail, postage prepaid to the following parties.

      PWC OHCD
      c/o Bernadette S. Peele
      1 County Complex Court, Suite 240
      Prince William, VA 22192

      PWC OHCD
      c/o Carolyn Pruitt Desai
      Assistant County Attorney
      Prince William County Attorney's Office
      1 County Complex Court, Suite 240
      Prince William, VA 22192

      Thomas P. Gorman
      Chapter 13 Trustee
      300 North Washington Street, Suite 400
      Alexandria, VA 22314

      United States Trustee, Region 4
      115 S. Union Street, Suite 210
      Alexandria, VA 22314

      Clint Allen Draper
      2753 Patrick Henry Drive
      Woodbridge, VA 22191


      /s/Robert B. Easterling
      Robert B. Easterling